**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7647**

---

STEVEN C. WHISENANT,

Plaintiff - Appellant,

versus

GARY WATERS, Sheriff, Portsmouth City Jail;
MAJOR SPURIOR, Classifications, Portsmouth
City Jail; CAPTAIN NORRIS, Classifications,
Portsmouth City Jail; LIEUTENANT BANKS, Clas-
sifications, Portsmouth City Jail; SERGEANT
PEEBLES, Sergeant of Security, Portsmouth City
Jail; CITY OF PORTSMOUTH; J. R. SHARPE, Major;
JOE SMITH; M. B. LEDOYEN, Lieutenant; CAPTAIN
BULLOCK,

Defendants - Appellees,

and

LIEUTENANT PORTSMOUTH CITY JAIL; JOHN DOE,
Deputy/Officer, Portsmouth City Jail,

Defendants.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-94-161-2)

---

Submitted: January 18, 1996      Decided: February 15, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Steven Whisenant, Appellant Pro Se. Amy Moss Levy, Mark Douglas Stiles, Kevin Lawson Keller, WILLCOX & SAVAGE, Norfolk, Virginia; Stuart E. Katz, Nancy Bennett Cherry, CITY ATTORNEY'S OFFICE, Portsmouth, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Whisenant v. Waters</u>, No. CA-94-161-2 (E.D. Va. Sept. 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>